UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| TREMAINE RHINES and HALEY CAGE, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No. 4:22-CV-57-PPS-AZ |
| v. | ) ) | |
| INDIANA PACKERS CORPORATION, | ) ) ) | |
| Defendant. | | |

### ORDER

Named Plaintiffs Tremaine Rhines and Haley Cage and Defendant Indiana Packers Corporation, by and through their undersigned counsel, have filed a Joint Motion to Substitute Settlement Agreement. [DE 88]. In their motion, the parties explain that they inadvertently attached a previous draft of the settlement agreement as Exhibit 1 to the Memorandum in Support of their Joint Motion for Approval of Class Settlement. [*See* DE 84-1 at 1-25]. The Parties now seek to substitute that Exhibit 1 with an updated Exhibit 1 which makes changes to Paragraphs 2.i and 2.p in Section I. [DE 88 at 1]. The parties state that "[t]he changes will not impact the Parties' or the Court's analysis for preliminary approval of the settlement." [*Id.*]

The Parties' Joint Motion to Substitute Settlement Agreement [DE 88] is **GRANTED**. The Court notes that the Parties' previous Exhibit 1 also included Exhibits A-D. [*See* DE 84-1 at 26-51]. The updated Exhibit 1 does not. [*See* DE 88-1]. The Parties

are **INSTRUCTED** to file an updated Amended Settlement Agreement and Release which includes Exhibits A-D. Once filed, the Clerk can substitute the entire previous Settlement Agreement and Release with the Amended Settlement Agreement and Release.

**SO ORDERED**.

ENTERED: July 11, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT