# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TREMAINE RHINES, HALEY CAGE, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA PACKERS CORPORATION, <br><br> Defendant. | Case No.: 4:22-cv-00057-PPS-AZ <br><br> **JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Named Plaintiffs Tremaine Rhines and Haley Cage and Defendant Indiana Packers Corporation, by and through their undersigned counsel, hereby submit this Joint Motion for Final Approval of Class Settlement. The Parties seek final approval of a class action settlement pursuant to Fed. R. Civ. P. 23(e). In connection with this settlement, the Parties respectfully move the Court for the following:

1. An Order granting final approval of the Amended Settlement Agreement as it relates to the Settlement Class as fair, reasonable, and adequate;

2. An Order holding that each member of the Settlement Class who excluded themselves from the Settlement Class are not subject to the Amended Settlement Agreement and are not entitled to any benefit contained in the Amended Settlement Agreement;

3. An Order holding that any member of the Settlement Class who did not request exclusion from the Settlement Class shall be bound by the Amended Settlement Agreement;

4. An Order directing the Parties and Claims Administrator to implement the Amended Settlement Agreement in accordance with its terms;

5. An Order maintaining jurisdiction over any dispute related to the Amended Settlement Agreement; and

6. Dismissing this matter with prejudice.

| | |
|---|---|
| Dated: December 1, 2025 | Respectfully Submitted, |
| By: s/ *Zackary S. Kaylor* <br> Jacob R. Rusch (MN Bar No. 0391892) <br> Zackary S. Kaylor (MN Bar No. 0400854) <br> **JOHNSON BECKER, PLLC** <br> 444 Cedar Street, Suite 1800 <br> Saint Paul, MN 55101 <br> T: 612-436-1800 <br> F: 612-436-1801 <br> E: jrusch@johnsonbecker.com <br> E: zkaylor@johnsonbecker.com <br><br> *Lead Attorneys for Plaintiffs* <br><br> Robert T. Dassow (#15145-614) <br> **HOVDE DASSOW & DEETS, LLC** <br> 10201 N. Illinois Street, Suite 500 <br> Indianapolis, IN 46290 <br> T: 317-818-3100 <br> F: 317-818-3111 <br> E: rdassow@hovdelaw.com <br><br> *Local Counsel for Plaintiffs* | By: s/ *Richard P. Winegardner* (with permission) <br> Richard P. Winegardner (17125-49 IN) <br> Colleen E. Schade (36229-41 IN) <br> **BARNES & THORNBURG LLP** <br> 11 South Meridian Street <br> Indianapolis, IN 46204 <br> T: 317-236-1313 <br> F: 317-231-7433 <br> E: richard.winegardner@btlaw.com <br> E: colleen.schade@btlaw.com <br><br> *Attorneys for Defendant* |